**From:** **Alex Elson** alex@nsldn.org
**Subject:** Re: Case Filing - TCF v. DeVos
**Date:** February 12, 2018 at 2:10 PM
**To:** steven.menashi@ed.gov, elizabeth.mcfadden@ed.gov



Mr Menashi and Ms. McFadden,

I am writing to follow up on my email below. The comment period at issue in this case is set to close on Friday and we have not heard back from you. We still believe, as explained below, that this case should lend itself to a quick and easy resolution. Please let me know as soon as possible if you are available to discuss this matter. If we do not hear from you by tomorrow, our client plans to seek emergency relief.

Thank you,

Alex

*Alexander S. Elson*
*Senior Counsel*
*National Student Legal Defense Network*
alex@nsldn.org
\**Member of New York Bar; practicing under supervision of organization principals while D.C. Bar application pending.*

On Thu, Feb 8, 2018 at 1:28 PM, Alex Elson <alex@nsldn.org> wrote:
> Mr Menashi and Ms. McFadden,
>
> I have attached to this email a courtesy copy of a lawsuit that was filed today under the APA and FOIA against the Department by The Century Foundation ("TCF"). As set forth in the complaint, this is a time-sensitive matter due to the upcoming February 16, 2018 deadline set by the Department's solicitation for third-party comments regarding accrediting agencies. *See* 83 Fed. Reg. 3335 (Jan 24. 2018). We believe this case should lend itself to quick and easy resolution. TCF is preparing to file for emergency relief but would like to avoid doing so if we can reach an agreement.
>
> Please let me know if we can set a time to discuss at your earliest convenience.
>
> Sincerely,
>
> Alex Elson
>
> --
> *Alexander S. Elson*
> *Senior Counsel*
> *National Student Legal Defense Network*
> alex@nsldn.org
> \**Member of New York Bar; practicing under supervision of organization principals while D.C. Bar application pending.*