# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| The Century Foundation | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   18-CV-1128 (PAC) |
| U.S. Department of Education et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Betsy DeVos, in her Official Capacity as Secretary of Education, and Department of Education    .

Date:     02/15/2018

s/ Rachael L. Doud
*Attorney's signature*

AUSA Rachael L. Doud
*Printed name and bar number*

United States Attorney's Office, SDNY
86 Chambers Street, 3rd Floor
New York, NY 10007

*Address*

rachael.doud@usdoj.gov
*E-mail address*

(212) 637-3274
*Telephone number*

(212) 637-2786
*FAX number*