# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

**The Century Foundation**

              **Plaintiff**

              *vs.*        Case No: 18-cv-1128-PAC

**Betsy Devos, in her official capacity, and the United States Department of Education**

              **Defendant**

## AFFIDAVIT OF SERVICE

I, Mark A. Russell, Jr., a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Order to Show Cause for Preliminary Injunction and Temporary Restraining Order; TCF's Memorandum of Points and Authorities to Support a Temporary Restraining Order and Preliminary Injunction; Declaration of Alexander Elson; and Declaration of Tariq Habash in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 02/14/2018 at 1:36 PM, I served Jeff Sessions, Attorney General for the United States with the Order to Show Cause for Preliminary Injunction and Temporary Restraining Order; TCF's Memorandum of Points and Authorities to Support a Temporary Restraining Order and Preliminary Injunction; Declaration of Alexander Elson; and Declaration of Tariq Habash at 950 Pennsylvania Avenue, NW, Washington, DC 20530 by serving David Burroughs, Agent, authorized to accept service on behalf of the United States Attorney General.

David Burroughs is described herein as:

Gender: Male   Race/Skin: Black   Age: 45   Weight: 185   Height: 5'8"   Hair: Black   Glasses: No

I do solemnly declare and affirm under penalty of perjury that I have read the foregoing information set forth herein is correct to the best of my knowledge, information, and belief.

2/14/18
Executed On

Mark A. Russell, Jr.

Client Ref Number: N/A
Job #: 1540324

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050