Education is especially interested in public comment addressing the following issues: (1) Is this collection necessary to the proper functions of the Department; (2) will this information be processed and used in a timely manner; (3) is the estimate of burden accurate; (4) how might the Department enhance the quality, utility, and clarity of the information to be collected; and (5) how might the Department minimize the burden of this collection on the respondents, including through the use of information technology. Please note that written comments received in response to this notice will be considered public records.

*Title of Collection:* Program for International Student Assessment (PISA 2018) Main Study.

*OMB Control Number:* 1850–0755.

*Type of Review:* A revision of an existing information collection.

*Respondents/Affected Public:* Individuals or Households.

*Total Estimated Number of Annual Responses:* 57,878.

*Total Estimated Number of Annual Burden Hours:* 22,604.

*Abstract:* The Program for International Student Assessments (PISA) is an international assessment of 15-year-olds which focuses on assessing students' reading, mathematics, and science literacy. PISA was first administered in 2000 and is conducted every three years. The United States has participated in all of the previous cycles, and is participating in 2018 in order to track trends and to compare the performance of U.S. students with that of students in other education systems. PISA 2018 is sponsored by the Organization for Economic Cooperation and Development (OECD). In the United States, PISA is conducted by the National Center for Education Statistics (NCES), within the U.S. Department of Education. In each administration of PISA, one of the subject areas (reading, mathematics, or science literacy) is the major domain and has the broadest content coverage, while the other two subjects are the minor domains. PISA emphasizes functional skills that students have acquired as they near the end of mandatory schooling (aged 15 years), and students' knowledge and skills gained both in and out of school environments. PISA 2018 will focus on reading literacy as the major domain. Mathematics and science literacy will also be assessed as minor domains, with additional assessment of financial literacy. In addition to the cognitive assessments described above, PISA 2018 will include questionnaires administered to assessed students, school principals, and teachers. The

PISA 2018 Recruitment and Field Test were approved in September 2016 with the latest change request approved in September 2017 (1850–0755 v.18–20). The PISA 2018 field test was conducted in March–May 2017. The PISA 2018 main study recruitment began in October 2017 and data collection will be conducted October–November 2018. This request provides the final plans, burden, and materials for PISA 2018 main study.

Dated: February 15, 2018.

**Stephanie Valentine,**

*Acting Director, Information Collection Clearance Division, Office of the Chief Privacy Officer, Office of Management.*

[FR Doc. 2018–03564 Filed 2–21–18; 8:45 am]

**BILLING CODE 4000–01–P**

---

# DEPARTMENT OF EDUCATION

## Office of Postsecondary Education; Solicitation of Third-Party Comments Concerning the Performance of Accrediting Agencies

**AGENCY:** Office of Postsecondary Education, Department of Education.

**ACTION:** Call for written third-party comments; extension of comment period.

---

**SUMMARY:** On January 24, 2018, we published in the **Federal Register** a notice of a call for written third-party comments. That notice provided information to members of the public on submitting written comments with respect to accrediting agencies currently undergoing review for purposes of recognition by the Secretary of Education. That notice established a comment period beginning on January 24, 2018, and closing on February 16, 2018. Pursuant to a recent court order, we are extending the public comment period until March 1, 2018, for the submission of comments on the application of the Accrediting Council for Independent Colleges and Schools (ACICS) for initial recognition and the compliance report submitted by the American Bar Association (ABA).

**DATES:** The comment period for the notice published January 24, 2018 (83 FR 3335), is extended. We must receive your comments on or before March 1, 2018.

**ADDRESSES:** Written comments about the initial application for recognition of ACICS or the ABA compliance report must be received by March 1, 2018, in the *ThirdPartyComments@ed.gov* mailbox and include the subject line "Written Comments: (agency name)."

**FOR FURTHER INFORMATION CONTACT:** Herman Bounds, Director, Accreditation Group, Office of Postsecondary Education, U.S. Department of Education, 400 Maryland Avenue SW, Room 270–01, Washington, DC 20202, telephone: (202) 453–7615, or email: *herman.bounds@ed.gov.*

If you use a telecommunications device for the deaf or a text telephone, call the Federal Relay Service, toll free, at 1–800–877–8339.

**SUPPLEMENTARY INFORMATION:**

*Background:* On January 24, 2018, we published in the **Federal Register** (83 FR 3335) a notice of a call for written third-party comments with respect to accrediting agencies currently undergoing review for purposes of recognition by the Secretary of Education. Under that notice, the public comment period closes on February 16, 2018. On February 15, 2018, the U.S. District Court for the Southern District of New York ordered the Department of Education to extend the comment period to March 1, 2018, for comments on the initial application for recognition of ACICS and the compliance report submitted by the ABA. (See *The Century Foundation* v. *Betsy Devos,* case number 18–cv–1128).

*Accessible Format:* Individuals with disabilities can obtain this document in an accessible format (*e.g.,* braille, large print, audiotape, or compact disc) on request to the contact person listed under **FOR FURTHER INFORMATION CONTACT.**

*Electronic Access to This Document:* The official version of this document is the document published in the **Federal Register.** Free internet access to the official edition of the **Federal Register** and the Code of Federal Regulations is available via the Federal Digital System at: *www.gpo.gov/fdsys.* At this site you can view this document, as well as all other documents of this Department published in the **Federal Register,** in text or Portable Document Format (PDF). To use PDF, you must have Adobe Acrobat Reader, which is available free at this site.

You may also access documents of the Department published in the **Federal Register** by using the article search feature at: *www.federalregister.gov.* Specifically, through the advanced search feature at this site, you can limit your search to documents published by the Department.

Dated: February 16, 2018.

**Frank T. Brogan,**

*Principal Deputy Assistant Secretary and delegated the duties of the Assistant Secretary, Office of Planning, Evaluation and Policy Development Delegated the duties of the Assistant Secretary, Office of Postsecondary Education.*

[FR Doc. 2018–03686 Filed 2–16–18; 4:15 pm]

**BILLING CODE 4000–01–P**

---

# DEPARTMENT OF ENERGY

## Federal Energy Regulatory Commission

### Notice of Technical Conference

| | Docket Nos. |
|---|---|
| Participation of Distributed Energy Resource Aggregations in Markets Operated by Regional Transmission Organizations and Independent System Operators. | RM18–9–000 |
| Distributed Energy Resources—Technical Considerations for the Bulk Power System. | AD18–10–000 |

Take notice that Federal Energy Regulatory Commission (Commission) staff will hold a technical conference to discuss the participation of distributed energy resource (DER) aggregations in Regional Transmission Organization (RTO) and Independent System Operator (ISO) markets, and to more broadly discuss the potential effects of distributed energy resources on the bulk power system. The technical conference will take place on April 10 and 11, 2018 at the Commission's offices at 888 First Street NE, Washington DC beginning at 9:30 a.m. and ending at 4:30 p.m. (Eastern Time). Commissioners will lead the second panel of the technical conference. Commission staff will lead the other six panels, and Commissioners may attend.

The technical conference will address two broad set of issues related to DERs. First, the technical conference will gather additional information to help the Commission determine what action to take on the distributed energy resource aggregation reforms proposed in its Notice of Proposed Rulemaking on Electric Storage Participation in Markets Operated by Regional Transmission Organizations and Independent System Operators (NOPR).[1] In the NOPR, the Commission proposed to require each RTO/ISO to define DER aggregators as a

type of market participant that can participate in the RTO/ISO markets under the participation model that best accommodates the physical and operational characteristics of its DER aggregation.[2] As discussed in the Final Rule issued concurrently with this Notice, the Commission is taking no further action in Docket No. RM16–23–000 regarding the proposed DER aggregation reforms.[3] Instead, the Commission will continue to explore the proposed distributed energy resource aggregation reforms under Docket No. RM18–9–000. All comments previously filed in response to the NOPR in Docket No. RM16–23–000 will be incorporated by reference into Docket No. RM18–9–000, and any further comments regarding the proposed distributed energy resource aggregation reforms, including discussion of those reforms during this technical conference, should be filed henceforth in Docket No. RM18–9–000.[4] Second, the technical conference will explore issues related to the potential effects of DERs on the bulk power system.

Attached to this Notice is a description of the seven panels that will be conducted at the technical conference.

Further details of this conference will be provided in a supplemental notice.

Those wishing to participate in this conference should submit a nomination form online by 5:00 p.m. on March 15, 2018 at: *https://www.ferc.gov/whats-new/registration/04-10-18-speaker-form.asp.*

All interested persons may attend the conference, and registration is not required. However, in-person attendees are encouraged to register on-line by April 3, 2018 at: *https://www.ferc.gov/whats-new/registration/04-10-18-form.asp.* In-person attendees should allow time to pass through building security procedures before the 9:30 a.m. start time of the technical conference.

The Commission will transcribe and webcast this conference. Transcripts will be available immediately for a fee from Ace Reporting (202–347–3700). A link to the webcast of this event will be available in the Commission Calendar of Events at *www.ferc.gov.* The Capitol Connection provides technical support for the webcasts and offers the option of

listening to the conference via phone-bridge for a fee. For additional information, visit *www.CapitolConnection.org* or call (703) 993–3100.

Commission conferences are accessible under section 508 of the Rehabilitation Act of 1973. For accessibility accommodations please send an email to *accessibility@ferc.gov* or call toll free 1–866–208–3372 (voice) or 202–208–8659 (TTY), or send a fax to 202–208–2106 with the required accommodations.

For more information about this technical conference, please contact David Kathan at (202) 502–6404, *david.kathan@ferc.gov,* or Louise Nutter at (202) 502–8175, *louise.nutter@ferc.gov.* For information related to logistics, please contact Sarah McKinley at (202) 502–8368, *sarah.mckinley@ferc.gov.*

Dated: February 15, 2018.

**Nathaniel J. Davis, Sr.,**

*Deputy Secretary.*

**Distributed Energy Resources Technical Conference**

*Docket Nos. RM18–9–000 and AD18–10–000*

April 10 and 11, 2018

Tuesday, April 10, 2018

The purpose of this technical conference is to gather additional information to help the Commission determine what action to take on the distributed energy resource (DER) aggregation reforms proposed in the Commission's Notice of Proposed Rulemaking on Electric Storage Participation in Markets Operated by Regional Transmission Organizations and Independent System Operators (NOPR), and to explore issues related to the potential effects of DERs on the bulk power system. Panels 1 and 3 on the first day focus on specific NOPR proposals that relate to DER participation and compensation. Panel 2 will provide a forum for Commissioners to discuss DER aggregation with a panel of state and local regulators. During the second day of the technical conference, operational issues associated with DER data, modeling, and coordination will be examined.

Panel 1: Economic Dispatch, Pricing, and Settlement of DER Aggregations

The objective of this panel is to discuss the integration of DER aggregations into the modeling, clearing, dispatch, and settlement mechanisms of RTOs and ISOs as considered in the NOPR. The NOPR proposed to require each RTO/ISO to revise its tariff to

---

[1] See *Electric Storage Participation in Markets Operated by Regional Transmission Organizations and Independent System Operators,* FERC Stats. & Regs. ¶ 32,718 (2016) (NOPR).

[2] *Id.* P 1.

[3] See *Electric Storage Participation in Markets Operated by Regional Transmission Organizations and Independent System Operators,* Final Rule, 162 FERC 61,127, Notice of Proposed Rulemaking, FERC Stats. & Regs. ¶ 32,718.

[4] Further comments regarding the proposed distributed energy resource aggregation reforms should no longer be filed in Docket No. RM16–23–000.