| Step 1 - Contact Information |
| :---: |

**Identifier:**        ABA
**Name:**        American Bar Association
**Meeting Date:**    05/2018

**Address**
   321 North Clark Street, 21st Floor
   Chicago, IL   60654-4714

**Accrediting Agency Administrator**
   Title:                Managing Director
   Name:              Mr. Barry Currier
   Phone Number:   312-988-6744
   Fax Number:      312-988-5681
   Email:                Barry.Currier@americanbar.org

**Point of Contact (POC) for the Content of the Submission**
   Name:              Ms. Stephanie Giggetts
   Phone Number:   312-988-5210
   Email:                Stephanie.Giggetts@americanbar.org

| Step 2 |
| :---: |

**Type of Submission:** Compliance Report

**This is your agency's current scope of recognition granted by the Secretary of Education:**

The accreditation throughout the United States of programs in legal education that lead to the first professional degree in law, including those offered via distance education, as well as freestanding law schools offering such programs. This recognition also extends to the Accreditation Committee of the Section of Legal Education (Accreditation Committee) for decisions involving continued accreditation (referred to by the agency as "approval") of law schools.

**Criteria:** 602.15(a)(1) Staffing/Financial Resources

**Response:**

Attached as Exhibit 1 is the staff listing for the Section of Legal Education and Admissions to the Bar at the American Bar Association 2017-18. Attached as Exhibit 2 are the resumes of all staff members. This information is submitted as evidence of the sufficiency

ED201

of the staff credentials and qualifications to administer its accreditation activities in an effective manner within our scope of recognition.

| Exhibit(s) Linked to this Criterion | |
| --- | --- |
| **Exhibit Title** | **File Name** |
| Exhibit 1 Section of Legal Education Staff Listing 2017-18 | Exhibit 1-Section of Legal Education Staff Listing 2017-18.pdf |
| Exhibit 2 Section of Legal Education Staff Resumes 2017-18 | Exhibit 2-Section of Legal Education Staff Resumes 2017-18.pdf |

**Criteria:** 602.15(a)(2) Competency of Representatives

**Response:**

Attached as Exhibit 3 is the roster for the Council of the Section of Legal Education and Admissions to the Bar ("Council") for 2017-18. Attached as Exhibit 4 are the resumes of all current members of the Council. At its March 2016 meeting, the Council voted to merge the Data Policy & Collection Committee into the Standards Review Committee. See Exhibit 5, Council Meeting Minutes March 2016. This new Standards Review Committee was appointed at the beginning of the Association year (at the end of the Annual Meeting in August 2016), as provided in the Section Bylaws, Article X, Section 1(b). See Exhibit 6, Section Bylaws. The roster for the 2017-2018 Standards Review Committee is attached as Exhibit 7. The resumes of all current members of the Standards Review Committee are attached as Exhibit 8.

| Exhibit(s) Linked to this Criterion | |
| --- | --- |
| **Exhibit Title** | **File Name** |
| Exhibit 3: Council Roster 2017-18 | Exhibit 3-Council Roster 2017-18.pdf |
| Exhibit 4 Council Resumes 2017-18 | Exhibit 4 Council Resumes for 2017-18.pdf |
| Exhibit 5 Council Meeting Minutes March 2016 | Exhibit 5 Council Meeting Minutes March 2016.pdf |
| Exhibit 6 Section Bylaws | Exhibit 6-Section Bylaws.pdf |
| Exhibit 7 Standards Review Committee Roster 2017-18 | Exhibit 7-Standards Review Committee Roster 2017-18.pdf |
| Exhibit 8 Standards Review Committee Resumes 2017-18 | Exhibit 8-Standards Review Committee Resumes 2017-18.pdf |

**Criteria:** 602.15(a)(3) Academic/Administrator Representatives

**Response:**

At its August 2016 meeting, the Council voted to send revised Rules 35, 37 and 38, regarding the makeup of the Appeals Panel, out for notice and comment. The revisions addressed the issue of including an administrative member and an academic member on

ED202

the panel as appropriate. See Exhibit 9, Council Meeting Minutes August 2016 and Exhibit 10, Memo-Notice and Comment Rules 35, 37, and 38. A hearing was held on September 8, 2016. The Standards Review Committee received a comment suggesting clarification on the pool of five Appeals Panel members versus three members from that pool that would hear a particular appeal depending on whether the proceeding is for a program or an institution. Final revisions to Rules 35, 37 to 41 addressed that issue. The rules were revised and presented to the Council for approval at the October 2016 meeting. See Exhibit 11, Memo to Council from Standards Review, Rules 35, 37-41. The Council approved Rules 35, 37-41. See Exhibit 12, Council Meeting Minutes October 2016 and Exhibit 13, Revised ABA Rules of Procedure 35, 37 to 41. The ABA House of Delegates concurred in these changes at its February 2017 meeting. See Exhibit 14, ABA Bylaws, Section 45.9 and Exhibit 15, ABA House of Delegates Concurrence, February 2017.

Specifically, Rule 35(d) now provides:

(d) The Appeals Panel shall include:
(1) an academic
(2) an administrator;
(3) a legal educator;
(4) a practitioner or member of the judiciary, and
(5) a representative of the public.

Rule 37(b) now provides:

For law schools for which the Council is the institutional accreditor, the Managing Director shall appoint an academic, an administrator, and a representative of the public to serve on the Proceeding Panel. For law schools for which the Council is the programmatic accreditor, the Managing Director shall appoint a legal educator, a practitioner or member of the judiciary, and a representative of the public to serve on the Proceeding Panel.

The roster for the 2017-18 Appeals Panel is attached as Exhibit 16. The resumes for all members of this panel are attached as Exhibit 17.

| Exhibit(s) Linked to this Criterion | |
| --- | --- |
| **Exhibit Title** | **File Name** |
| Exhibit 9 Council Meeting Minutes August 2016 | Exhibit 9-Council Meeting Minutes August 2016.pdf |
| Exhibit 10 Memo Notice and Comment Rules 35 37 38 August 2016 | Exhibit 10-Memo-Notice and Comment Rules 35-37-38 August 2016.pdf |
| Exhibit 11 Memo to Council from Staff Rules 35 37 to 38 October 2016 | Exhibit 11-Memo to Council from Staff Rules 35-37to41 October 2016.pdf |

ED203

| | |
|---|---|
| Exhibit 12 Council Meeting Minutes October 2016 | Exhibit 12-Council Meeting Minutes October 2016.pdf |
| Exhibit 13 Revised ABA Rules of Procedure 35 37 to 41 | Exhibit 13-ABA Rules of Procedure 35-37to41.pdf |
| Exhibit 14 ABA Bylaws Section 45.9 | Exhibit 14-ABA Bylaws Section 45-9.pdf |
| Exhibit 15 ABA House of Delegates Concurrence February 2017 | Exhibit 15-ABA House of Delegates Concurrence February 2017.pdf |
| Exhibit 16 Appeals Panel Roster 2017-18 | Exhibit 16-Appeals Panel Roster 2017-18.pdf |
| Exhibit 17 Appeals Panel Resumes 2017-18 | Exhibit 17-Appeals Panel Resumes for 2017-18.pdf |

**Criteria:** 602.16(a)(1)(viii) Program Length

**Response:**

At its June 2016 meeting, the Council reviewed a May 2016 memo from the Standards Review Committee suggesting changes to Standard 204, Self Study. The Standards Review Committee recommended changes that track the Department of Education requirements for a self study. See Exhibit 18, Memo to Council from Standards Review Committee Standard 204 May 2016. The proposed revision of Standard 204, Self Study, contained two parts. Part I was the Site Evaluation Questionnaire required by Standard 204(a). Part II was the Law School Self-Assessment in which the Law School must prepare an analysis of its program of legal education that covers the substance of the requirements of Standard 204(b).

The Council approved suggested changes to Standard 204 to be circulated for notice and comment. See Exhibit 19, Council Meeting Minutes June 2016, and Exhibit 20, Memo-Notice and Comment Standard 204 June 2016. After the notice and comment period, the Standards Review Committee forwarded the revised Standard to the Council for approval. See Exhibit 21, Memo to Council from Standards Review Committee Standard 204-October 2016. At its October 2016 meeting, the Council approved revised Standard 204. See Exhibit 12, Council Meeting Minutes October 2016. See Exhibit 22, Revised Standard 204. The ABA House of Delegates concurred in these changes at its February 2017 meeting. (See Exhibit 14, ABA Bylaws section 45.9, and Exhibit 15, ABA House of Delegates Concurrence February 2017). After approval, Standard 204 was posted on our website (https://www.americanbar.org/groups/legal_education/resources/standards.html) and notice was sent to deans of all ABA-approved law Schools and constituencies. See Exhibit 23, Notice to Deans and Constituencies on Standard 204 February 2017.

As a result of the changes to Standard 204, the Managing Director's Guidance Memo on Standard 204 was revised and republished. See Exhibit 24, Guidance Memo on Standard 204, revised March 2017. In addition, instructions for the Self Study were created for the

ED204

2017-18 site visit cycle. See Exhibit 25, Self Study Instructions 2017-18. The Site Evaluation Questionnaire was revised for 2017-18 to address changes to Standard 204 (as well as other changes), See Exhibit 26, Site Evaluation Questionnaire Narrative 2017-18, Exhibit 27, Site Evaluation Questionnaire Supplementary Materials 2017-18, and Exhibit 28, Self Study Dean's Signature Page 2017-18. These Self Study documents were approved by the Council at its March 2017 meeting. See Exhibit 29, Council Meeting Minutes March 2017. After approval, the documents were posted to our website (https://www.americanbar.org/groups/legal_education/resources/questionnaire.html) and notice was sent to deans of all ABA-approved law schools. See Exhibit 30, Notice to Deans of Self Study Documents. Notice was also posted for upcoming training events. The documents were also provided to all members of the 2017-18 site visit teams. See Exhibit 31, Site Team Member Memo 2017-18.

Training on the self-study was provided to school representatives at our Questionnaire Training on July 11, 2017. See Exhibit 32, Questionnaire Training July 2017 Self-Study Excerpts, and Exhibit 33, Questionnaire Training July 2017 PowerPoint on Self Study. Training was also provided to the chairs serving on the 2017-18 site teams on August 26, 2017. See Exhibit 34, Chairs Workshop 2017 Self Study Training. Finally, training was provided for new site evaluators and school representatives on October 21, 2017 on the Self Study at our Site Visit Workshop. See Exhibit 35, Site Workshop 2017 Self Study Training.

Two self-studies from 2017-18 site visits are attached as evidence of compliance with the new self-study requirements. See UC Davis Self Study 2017 (Exhibit 36-1 UC Davis SEQ Narrative Responses, Exhibit 36-2 UC Davis Self-Assessment, Exhibit 36-3 UC Davis Attachments and Reports, Exhibit 36-4a to c UC-Davis Attachment 7c), and Exhibit 37 Louisville Self Study 2017. In the two self-studies submitted for your review, both law schools note that Reports 1-23 could not be generated at the time of submission due to a system update. The law schools have uploaded all the required data into the database and site teams have been given access to the database to review the data. Our database administrators are working on generation of all reports but since they have not completed this task, the Section of Legal Education has manually generated the reports for your review. The reports are attached as Exhibit 36-5 UC Davis Reports and Exhibit 37-1 Louisville Reports. Reports 11-13, and 15 must be generated by our database administrator and that task will be completed in November 2017. Report 19 has been moved to a separate reporting system. All law schools will be required to generate that report by the end of January 2018. All law schools with fall 2017 site visits have been advised to submit the 2016 report (formally #21) for this year only.

| Exhibit(s) Linked to this Criterion | |
|---|---|
| **Exhibit Title** | **File Name** |
| Exhibit 12 Council Meeting Minutes October 2016 | Exhibit 12-Council Meeting Minutes October 2016.pdf |

ED205

| | |
|---|---|
| Exhibit 14 ABA Bylaws Section 45.9 | Exhibit 14-ABA Bylaws Section 45-9.pdf |
| Exhibit 15 ABA House of Delegates Concurrence February 2017 | Exhibit 15-ABA House of Delegates Concurrence February 2017.pdf |
| Exhibit 18 Memo to Council from Standards Review Standard 204 May 2016 | Exhibit 18-Memo to Council from Standards Review Committee Standard 204 May 2016.pdf |
| Exhibit 19 Council Meeting Minutes June 2016 | Exhibit 19-Council Meeting Minutes June 2016.pdf |
| Exhibit 20 Memo Notice and Comment Standard 204 June 2016 | Exhibit 20-Memo-Notice and Comment Standard 204 June 2016.pdf |
| Exhibit 21 Memo to Council from Standards Review Standard 204 October 2016 | Exhibit 21-Memo to Council from Standards Review Committee Standard 204 October 2016.pdf |
| Exhibit 22 Revised Standard 204 | Exhibit 22-Revised Standard 204.pdf |
| Exhibit 23 Notice to Deans and Constituencies Standard 204 February 2017 | Exhibit 23-Notice to Deans and Constituencies Standard 204 February 2017.pdf |
| Exhibit 24 Guidance Memo on Standard 204 Revised March 2017 | Exhibit 24-Guidance Memo on Standard 204 Revised March 2017.pdf |
| Exhibit 25 Self Study Instructions 2017-18 | Exhibit 25-Self-Study Instructions 2017-18.pdf |
| Exhibit 26 Site Evaluation Questionnaire Narrative 2017-18 | Exhibit 26-Site Evaluation Questionnaire Narrative 2017-18.pdf |
| Exhibit 27 Site Evaluation Questionnaire Supplementary Materials 2017-18 | Exhibit 27-Site Evaluation Questionnaire Supplementary Materials 2017-18.pdf |
| Exhibit 28 Self Study Deans Signature Page 2017-18 | Exhibit 28-Self Study Deans Signature Page 2017-18.pdf |
| Exhibit 29 Council Meeting Minutes March 2017 | Exhibit 29-Council Meeting Minutes March 2017.pdf |
| Exhibit 30 Notice to Deans of Self Study Documents April 2017 | Exhibit 30-Notice to Deans of Self Study Documents April 2017.pdf |
| Exhibit 31 Site Team Memo 2017-18 | Exhibit 31-Site Team Member Memo 2017-18.pdf |
| Exhibit 32 Questionnaire Training July 2017 Self Study | Exhibit 32-Questionnaire Training July 2017 Self Study.pdf |
| Exhibit 33 Questionnaire Training July 2017 PowerPoint Self Study | Exhibit 33-Questionnaire Training July 2017 PowerPoint Self Study.pdf |

ED206

| | |
|---|---|
| Exhibit 34 Chairs Workshop 2017 Self Study Training | Exhibit 34-Chairs Workshop 2017 Self Study Training.pdf |
| Exhibit 35 Site Workshop 2017 Self Study Training | Exhibit 35-Site Workshop 2017 Self-Study Training.pdf |
| Exhibit 36-1 UC Davis SEQ Narrative Responses | Exhibit 36-1-UC Davis SEQ - Narrative Responses.pdf |
| Exhibit 36-2 UC Davis Self Assessment | Exhibit 36-2-UC Davis Self Assessment.pdf |
| Exhibit 37 Louisville Self Study | Exhibit 37-University of Louisville School of Law Self Study 2017.pdf |
| Exhibit 36-4a UC Davis Attachment 7c pages 1-25 | Exhibit 36-4a UC Davis Attachment 7c Audited Financial Reports 2015 pages 1-25.pdf |
| Exhibit 36-4b UC Davis Attachment 7c pages 25-45 | Exhibit 36-4b UC Davis Attachment 7c Audited Financial Reports 2015 pages 25-45.pdf |
| Exhibit 36-4c UC Davis Attachment 7c pages 46-86 | Exhibit 36-4c UC Davis Attachment 7c Audited Financial Reports 2015 pages 46-86.pdf |
| Exhibit 36-3 UC Davis Attachments and Reports | Exhibit 36-3-UC Davis Attachments and Reports.pdf |
| Exhibit 36-5 UC Davis Reports | Exhibit 36-5 UC Davis Reports.pdf |
| Exhibit 37-1 Louisville Reports | Exhibit 37-1 Louisville Reports.pdf |

**Criteria:** 602.17(b) Self-Study

**Response:**

At its June 2016 meeting, the Council reviewed a May 2016 memo from the Standards Review Committee recommending changes to Standard 204, Self Study. The Standards Review Committee recommended changes that track the Department of Education requirements for a self study. See Exhibit 18, Memo to Council from Standards Review Committee Standard 204 May 2016. The proposed revision of Standard 204, Self Study, contained two parts. Part I was the Site Evaluation Questionnaire required by Standard 204(a). Part II was the Law School Self-Assessment in which the Law School must prepare an analysis of its program of legal education that covers the substance of the requirements of Standard 204(b).

The Council approved recommended changes to Standard 204 to be circulated for notice and comment. See Exhibit 19, Council Meeting Minutes June 2016, and Exhibit 20, Memo-Notice and Comment Standard 204 June 2016. After the notice and comment period, the Standards Review Committee forwarded the revised Standard to the Council for approval. See Exhibit 21, Memo to Council from Standards Review Committee Standard 204-October 2016. At its October 2016 meeting, the Council approved revised Standard 204. See Exhibit 12, Council Meeting Minutes October 2016. See Exhibit 22, Revised Standard 204. The ABA House of Delegates concurred in these changes at its

ED207

February 2017 meeting. (See Exhibit 14, ABA Bylaws section 45.9, and Exhibit 15, ABA House of Delegates Concurrence February 2017). After approval, Standard 204 was posted on our website (https://www.americanbar.org/groups/legal_education/resources/standards.html) and notice was sent to deans of all ABA-approved law Schools and constituencies. See Exhibit 23, Notice to Deans and Constituencies on Standard 204 February 2017.

As a result of the changes to Standard 204, the Managing Director's Guidance Memo on Standard 204 was revised and republished. See Exhibit 24, Guidance Memo on Standard 204, revised March 2017. In addition, instructions for the Self Study were created for the 2017-18 site visit cycle. See Exhibit 25, Self Study Instructions 2017-18. The Site Evaluation Questionnaire was revised for 2017-18 to address changes to Standard 204 (as well as other changes), See Exhibit 26, Site Evaluation Questionnaire Narrative 2017-18, Exhibit 27, Site Evaluation Questionnaire Supplementary Materials 2017-18, and Exhibit 28, Self Study Dean's Signature Page 2017-18. These Self Study documents were approved by the Council at its March 2017 meeting. See Exhibit 29, Council Meeting Minutes March 2017. After approval, the documents were posted to our website (https://www.americanbar.org/groups/legal_education/resources/questionnaire.html) and notice was sent to deans of all ABA-approved law schools. See Exhibit 30, Notice to Deans of Self Study Documents. Notice was also posted for upcoming training events. The documents were also provided to all members of the 2017-18 site visit teams. See Exhibit 31, Site Team Member Letter 2017-18.

Training on the self-study was provided to school representatives at our Questionnaire Training on July 11, 2017. See Exhibit 32, Questionnaire Training July 2017 Self-Study Excerpts, and Exhibit 33, Questionnaire Training July 2017 PowerPoint on Self Study. Training was also provided to the chairs serving on the 2017-18 site teams on August 26, 2017. See Exhibit 34, Chairs Workshop 2017 Self Study Training. Finally, training was provided for new site evaluators and school representatives on October 21, 2017 on the Self Study at our Site Visit Workshop. See Exhibit 35, Site Workshop 2017 Self Study Training.

Two self-studies from 2017-18 site visits are attached as evidence of compliance with the new self-study requirements. See UC Davis Self Study 2017 (Exhibit 36-1 UC Davis SEQ Narrative Responses, Exhibit 36-2 UC Davis Self-Assessment, Exhibit 36-3 UC Davis Attachments and Reports, Exhibit 36-4a to c UC-Davis Attachment 7c), and Exhibit 37 Louisville Self Study 2017. In the two self-studies submitted for your review, both law schools note that Reports 1-23 could not be generated at the time of submission due to a system update. The law schools have uploaded all the required data into the database and site teams have been given access to the database to review the data. Our database administrators are working on generation of all reports but since they have not completed this task, the Section of Legal Education has manually generated the reports for your

ED208

review. The reports are attached as Exhibit 36-5 UC Davis Reports and Exhibit 37-1 Louisville Reports. Reports 11-13, and 15 must be generated by our database administrator and that task will be completed in November 2017. Report 19 has been moved to a separate reporting system. All law schools will be required to generate that report by the end of January 2018. All law schools with fall 2017 site visits have been advised to submit the 2016 report (formally #21) for this year only.

| Exhibit(s) Linked to this Criterion | |
|---|---|
| **Exhibit Title** | **File Name** |
| Exhibit 12 Council Meeting Minutes October 2016 | Exhibit 12-Council Meeting Minutes October 2016.pdf |
| Exhibit 14 ABA Bylaws Section 45.9 | Exhibit 14-ABA Bylaws Section 45-9.pdf |
| Exhibit 15 ABA House of Delegates Concurrence February 2017 | Exhibit 15-ABA House of Delegates Concurrence February 2017.pdf |
| Exhibit 18 Memo to Council from Standards Review Standard 204 May 2016 | Exhibit 18-Memo to Council from Standards Review Committee Standard 204 May 2016.pdf |
| Exhibit 19 Council Meeting Minutes June 2016 | Exhibit 19-Council Meeting Minutes June 2016.pdf |
| Exhibit 20 Memo Notice and Comment Standard 204 June 2016 | Exhibit 20-Memo-Notice and Comment Standard 204 June 2016.pdf |
| Exhibit 21 Memo to Council from Standards Review Standard 204 October 2016 | Exhibit 21-Memo to Council from Standards Review Committee Standard 204 October 2016.pdf |
| Exhibit 22 Revised Standard 204 | Exhibit 22-Revised Standard 204.pdf |
| Exhibit 23 Notice to Deans and Constituencies Standard 204 February 2017 | Exhibit 23-Notice to Deans and Constituencies Standard 204 February 2017.pdf |
| Exhibit 24 Guidance Memo on Standard 204 Revised March 2017 | Exhibit 24-Guidance Memo on Standard 204 Revised March 2017.pdf |
| Exhibit 25 Self Study Instructions 2017-18 | Exhibit 25-Self-Study Instructions 2017-18.pdf |
| Exhibit 26 Site Evaluation Questionnaire Narrative 2017-18 | Exhibit 26-Site Evaluation Questionnaire Narrative 2017-18.pdf |
| Exhibit 27 Site Evaluation Questionnaire Supplementary Materials 2017-18 | Exhibit 27-Site Evaluation Questionnaire Supplementary Materials 2017-18.pdf |
| Exhibit 28 Self Study Deans Signature Page 2017-18 | Exhibit 28-Self Study Deans Signature Page 2017-18.pdf |

ED209

| | |
|---|---|
| Exhibit 29 Council Meeting Minutes March 2017 | Exhibit 29-Council Meeting Minutes March 2017.pdf |
| Exhibit 30 Notice to Deans of Self Study Documents April 2017 | Exhibit 30-Notice to Deans of Self Study Documents April 2017.pdf |
| Exhibit 31 Site Team Memo 2017-18 | Exhibit 31-Site Team Member Memo 2017-18.pdf |
| Exhibit 32 Questionnaire Training July 2017 Self Study | Exhibit 32-Questionnaire Training July 2017 Self Study.pdf |
| Exhibit 33 Questionnaire Training July 2017 PowerPoint Self Study | Exhibit 33-Questionnaire Training July 2017 PowerPoint Self Study.pdf |
| Exhibit 34 Chairs Workshop 2017 Self Study Training | Exhibit 34-Chairs Workshop 2017 Self Study Training.pdf |
| Exhibit 35 Site Workshop 2017 Self Study Training | Exhibit 35-Site Workshop 2017 Self-Study Training.pdf |
| Exhibit 36-1 UC Davis SEQ Narrative Responses | Exhibit 36-1-UC Davis SEQ - Narrative Responses.pdf |
| Exhibit 36-2 UC Davis Self Assessment | Exhibit 36-2-UC Davis Self Assessment.pdf |
| Exhibit 37 Louisville Self Study | Exhibit 37-University of Louisville School of Law Self Study 2017.pdf |
| Exhibit 36-4a UC Davis Attachment 7c pages 1-25 | Exhibit 36-4a UC Davis Attachment 7c Audited Financial Reports 2015 pages 1-25.pdf |
| Exhibit 36-4b UC Davis Attachment 7c pages 25-45 | Exhibit 36-4b UC Davis Attachment 7c Audited Financial Reports 2015 pages 25-45.pdf |
| Exhibit 36-4c UC Davis Attachment 7c pages 46-86 | Exhibit 36-4c UC Davis Attachment 7c Audited Financial Reports 2015 pages 46-86.pdf |
| Exhibit 36-3 UC Davis Attachments and Reports | Exhibit 36-3-UC Davis Attachments and Reports.pdf |
| Exhibit 36-5 UC Davis Reports | Exhibit 36-5 UC Davis Reports.pdf |
| Exhibit 37-1 Louisville Reports | Exhibit 37-1 Louisville Reports.pdf |

ED2010